# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIGUEL BORGES,

                Plaintiff,

-vs-                                        Case No.  6:08-cv-295-Orl-28DAB

AVIS BUDGET GROUP, INC.,

                Defendant.

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement and Stipulation of Dismissal with Prejudice (Doc. No. 12) filed April 16, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed May 2, 2008 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Motion for Approval of Settlement Agreement and Stipulation of Dismissal with prejudice is **GRANTED**.

3.    The settlement agreement is approved.

4.    The case is dismissed with prejudice.

5.    The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___ day of May, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party